FILED

06/23/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0089

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA22-0089

IN THE MATTER OF:

H.R.,

     A Youth.

## ORDER

     Upon consideration of Appellant's motion for extension of time, and good cause appearing,

     IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including August 1, 2022, within which to prepare, file, and serve Appellant's opening brief on appeal.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 23 2022